FILED
CLERK, U.S. DISTRICT COURT
3/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>IYSIS ELANORE SMITH,<br><br>           Defendant. | CR No. 2:23-cr-00116-FLA<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1951(a): Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce by Robbery; 18 U.S.C. §§ 924(c)(1)(A)(ii), (iii): Possess, Use, Carry, Brandish, and Discharge Firearms in Furtherance of and During and in Relation to a Crime of Violence] |

The United States Attorney charges:

## COUNT ONE

[18 U.S.C. § 1951(a)]

A. <u>INTRODUCTORY ALLEGATION</u>

At times relevant to this Information, Victim 1 and Victim 2 were unlicensed marijuana dealers in Los Angeles County, California, and sold and distributed marijuana, a federally regulated and controlled substance, in and affecting interstate and foreign commerce.

B.   OBJECT OF THE CONSPIRACY

Beginning on a date unknown, and continuing to on or about March 16, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant IYSIS ELANORE SMITH, Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3 conspired with each other to knowingly and intentionally interfere with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a).

C.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1.   Defendant SMITH, Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3 would meet at Co-Conspirator 3's residence in Inglewood, California, to plan a robbery to obtain marijuana.

2.   Defendant SMITH would receive from Co-Conspirator 2 the Instagram username of an individual Co-Conspirator 2 knew to be a marijuana dealer (the "victim dealer").

3.   Defendant SMITH, via Instagram, would contact the marijuana dealer identified by Co-Conspirator 2 to arrange what the marijuana dealer would believe to be a marijuana purchase, but which defendant SMITH, Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3 planned to be a robbery.

4.   Defendant SMITH, via Instagram, would arrange a meeting with the victim dealer.

5.   In the presence of defendant SMITH and Co-Conspirator 3, Co-Conspirator 2 would provide Co-Conspirator 1 a firearm to use in the robbery of the victim dealer.

6. In the presence of defendant SMITH, Co-Conspirator 3 would provide Co-Conspirator 1 and Co-Conspirator 2 bullets to use in the firearm.

7. Defendant SMITH would travel on foot to meet the marijuana dealer, while Co-Conspirator 1 and Co-Conspirator 2 would drive in a white Buick to rob the victim dealer.

8. Defendant SMITH would distract the victim dealer by pretending to look at the marijuana available for purchase while Co-Conspirator 1 would pull out a gun to rob the victim dealer.

9. Co-Conspirator 1 would rob the victim dealer at gunpoint in order to complete the robbery.

D. <u>OVERT ACTS</u>

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, on or about the following dates, defendant SMITH, Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3 committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1</u>:  On March 15, 2021, defendant SMITH, Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3 met at Co-Conspirator 3's residence in Inglewood, California, to plan a robbery in order to obtain marijuana.

<u>Overt Act No. 2</u>:  On March 15, 2021, defendant SMITH obtained from Co-Conspirator 2 the Instagram username of an individual Co-Conspirator 2 knew to be a marijuana dealer.

<u>Overt Act No. 3</u>:  On March 15, 2021, defendant SMITH, via Instagram, and at Co-Conspirator 2's direction, contacted the victim dealer to arrange what the victim dealer believed to be a marijuana purchase.

3

<u>Overt Act No. 4</u>:  On March 15, 2021, defendant SMITH, via Instagram, arranged a nearby meeting with the victim dealer for the planned marijuana deal.

<u>Overt Act No. 5</u>:  On March 15, 2021, in the presence of defendant SMITH, Co-Conspirator 3 provided, Co-Conspirator 1 and Co-Conspirator 2 bullets to use in the firearm.

<u>Overt Act No. 6</u>:  On March 15, 2021, in the presence of defendant SMITH and Co-Conspirator 3, Co-Conspirator 2 provided Co-Conspirator 1 a firearm to use during the robbery of the victim dealer.

<u>Overt Act No. 7</u>:  On March 15, 2021, defendant SMITH walked from Co-Conspirator 3's residence to the place where she told the victim dealer to meet her to complete the deal.

<u>Overt Act No. 8</u>:  On March 15, 2021, defendant SMITH approached a BMW driven by Victim 1, with Victim 2 in the passenger seat.

<u>Overt Act No. 9</u>:  On March 15, 2021, defendant SMITH distracted Victim 1 and Victim 2 by discussing the purported marijuana sale with them.

<u>Overt Act No. 10</u>:  On March 15, 2021, Co-Conspirator 1 and Co-Conspirator 2 traveled in a white Buick, driven by Co-Conspirator 2, to conduct the marijuana robbery.

<u>Overt Act No. 11</u>:  On March 15, 2021, while defendant SMITH spoke to Victim 1 and Victim 2, and pretended to look at the marijuana available for purchase, Co-Conspirator 2 parked the white Buick behind the BMW.

<u>Overt Act No. 12</u>:   On March 15, 2021, Co-Conspirator 1 got out of the passenger seat of the white Buick and approached the passenger side of the BMW.

<u>Overt Act No. 13</u>:   On March 15, 2021, Co-Conspirator 1, using the firearm provided by Co-Conspirator 2, opened fire at the BMW, repeatedly wounding Victim 2, the passenger of the BMW.

<u>Overt Act No. 14</u>:   On March 15, 2021, Co-Conspirator 1 walked around to the driver's side of the BMW.

<u>Overt Act No. 15</u>:   On March 15, 2021, Co-Conspirator 1 opened fire, striking and, ultimately, killing Victim 1, who was the driver of the BMW.

<u>Overt Act No. 16</u>:   On March 15, 2021, Co-Conspirator 1 grabbed marijuana dropped around the BMW containing Victim 1 and Victim 2.

<u>Overt Act No. 17</u>:   On March 15, 2021, Co-Conspirator 2 drove away from the location of the murder-robbery, while Co-Conspirator 1 and defendant SMITH ran away from the location.

<u>Overt Act No. 18</u>:   On March 15, 2021, defendant SMITH retrieved a cellphone Co-Conspirator 1 dropped at the location of the murder-robbery and turned off its location tracking capabilities to avoid law enforcement detection.

<u>Overt Act No. 19</u>:   On March 15, 2021, defendant SMITH retrieved marijuana dropped around the BMW containing Victim 1 and Victim 2 and took it back to Co-Conspirator 3's residence.

<u>Overt Act No. 20</u>:   On March 15, 2021, Co-Conspirator 2 returned to the area in order to locate Co-Conspirator 1.

<u>Overt Act No. 21</u>:   On March 16, 2021, defendant SMITH, Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3 divided the

1  marijuana they obtained through the murder-robbery among themselves
2  and smoked some of it.

marijuana they obtained through the murder-robbery among themselves and smoked some of it.

|   |   |
|---|---|
| 1 | COUNT TWO |
| 2 | [18 U.S.C. §§ 1951(a), 2(a)] |

On or about March 15, 2021, in Los Angeles County, within the Central District of California, defendant IYSIS ELANORE SMITH, Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendants SMITH unlawfully took and obtained property belonging to Victim 1 and Victim 2, marijuana sellers, consisting of marijuana, from the person and in the presence of Victim 1 and Victim 2, against Victim 1's and Victim 2's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to Victim 1 and Victim 2.

COUNT THREE

[18 U.S.C. §§ 924(c)(1)(A)(ii), (iii), 2(a)]

On or about March 15, 2021, in Los Angeles County, within the Central District of California, defendant IYSIS ELANORE SMITH, Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3, each aiding and abetting the other, knowingly used and carried firearms during and in relation to, and possessed the firearms in furtherance of, a crime of violence, namely, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Information, and, in so doing, brandished and discharged the firearms.

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Chief, Violent & Organized Crime Section

CHELSEA NORELL
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section